# Court of Appeals
# of the State of Georgia

ATLANTA,___June 01, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1508, A15A1509, A15A1510.  WENDY SAMPSON v. WELLS FARGO BANK, N. A.**

This case originated as a dispossessory proceeding in magistrate court.  After an adverse ruling, Wendy Sampson appealed the magistrate court's decision to the superior court.  The superior court subsequently issued a writ of possession in favor of the plaintiff, and Sampson filed an application for discretionary appeal and a notice of appeal to this Court.  We denied Sampson's application for discretionary appeal on December 28, 2012.  See Case No. A13D0152.  As our ruling on the application was an adjudication on the merits and barred Sampson's direct appeal, we dismissed her direct appeal on April 10, 2013.  See Case No. A13A1154.   Apparently, the superior court re-entered the writ of possession on March 5, 2015, and Sampson has filed three direct appeals from that order.  We lack jurisdiction.

"It is axiomatic that the same issue cannot be relitigated *ad infinitum*.  The same is true of appeals of the same issue on the same grounds." *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000); see also *Jordan v. State*, 253 Ga. App. 510, 511 (2) (559 SE2d 528) (2002). Our denial of Application No. A13D0152 was an adjudication on the merits.  See *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007).  That adjudication is binding as the law of the case, and the doctrine of res judicata bars these direct appeals. See *Northwest Social & Civic Club*, supra; *Hook*, supra.  Wells Fargo Bank, N.A. has filed motions to dismiss the appeals in Case No. A15A1508 and A15A1509.  Those motions are hereby GRANTED, and the appeals in all three cases are hereby DISMISSED.

We further note that Sampson has now filed four notices of appeal from the order entering a writ of possession in this case. This Court is empowered to impose sanctions upon a party who files a frivolous notice of appeal. See Court of Appeals Rule 15 (b). We thus caution Sampson against filing future motions or pleadings in this Court that have no substantial basis in law as such may result in the imposition of sanctions.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* _____06/01/2015_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*